**Order entered October 20, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00252-CR

**ENRIQUE GONZALO EUAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F14-76141-P**

## ORDER

We **GRANT** appellant's October 19, 2016 "Motion for Leave of Court to Amend and Substitute Brief" and **ORDER** the amended brief, received on October 19, 2016, filed as of the date of this order. We **DENY** appellant's October 18, 2016 motion as moot. We **STRIKE** appellant's October 17 brief and appellant's October 18 amended brief.


/s/     CAROLYN WRIGHT
        CHIEF JUSTICE